UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DAVID WINSTON, | ) | No. CV 16-40-FMO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RICHARD FOX, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: January 7, 2016

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE